# AFFIDAVIT OF SERVICE

| Case: 1:26-cv-743 | Court: UNITED STATES DISTRICT COURT for the Eastern District of New York | | Job: 15277177 (6427256) |
|---|---|---|---|
| **Plaintiff / Petitioner:** ROCKEFELLER PHOTOS, LLC | | | **Defendant / Respondent:** ALMONTE GARDENS FOOD CORP. d/b/a ALMONTE'S FINE FARE OF FARMERS BLVD. |
| **Received by:** MJS Investigation | | | **For:** Copycat Legal PLLC |
| **To be served upon:** Almonte Gardens Food Corp. d/b/a Almonte's Fine Fare of Farmers Blvd | | | |

I, MICHAEL OSGOOD, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Steve "DOE", Home: 229 Jericho Tpke, New Hyde Park, NY 11040

**Manner of Service:**   Business Serve, Feb 27, 2026, 2:53 pm EST

**Documents:**   Summons & Complaint

**Additional Comments:**

1) Unsuccessful Attempt: Feb 26, 2026, 3:46 pm EST at Home: 229 Jericho Tpke, New Hyde Park, NY 11040
Sign reads interactive business services for the provided address. No answer at the door and appears to be closed for the day.

2) Successful Attempt: Feb 27, 2026, 2:53 pm EST at Home: 229 Jericho Tpke, New Hyde Park, NY 11040 received by Steve "DOE".
Age: 55-60; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'9"; Hair: White; Relationship: Employee at Interactive Business Services; Steve stated he can accept the documents for Almonte Gardens Food Corp.

_____          ___2/27/2026___
MICHAEL OSGOOD                                           **Date**

MJS Investigation
455 Tarrytown Road 1143
White Plains, NY 10607
914-246-2400