

CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T 877-HERO-CAT (877-437-6228)
E dan@copycatlegal.com

April 23, 2026

**VIA ECF**

Judge Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    *Rockefeller Photos, LLC v. Almonte Gardens Food Corp. d/b/a Almonte Fine Fare of Farmers Blvd*, 1:26-cv-00743-FB-CHK**

Dear Judge Kaminsky:

This law firm represents plaintiff Rockefeller Photos, LLC ("Plaintiff") in the above matter. I am writing to request that the Court continue the Initial Conference currently set for April 30, 2026 at 10:30am.

The Complaint in this action was filed on February 10, 2026. On February 27, 2026, Plaintiff served Defendant with the summons and complaint. As such, Defendant's Answer and/or Responsive pleading was due on March 20, 2026. See D.E. 6.

On April 9, 2026, Plaintiff filed a Request for Certificate of Default [D.E. 8]. A Clerk's Default was entered on April 10, 2026 [D.E. 9]. Accordingly, the Court entered an Order on April 13, 2026, directing Plaintiff to serve and file a Motion seeking default Judgment by May 15, 2026.

Accordingly, Plaintiff respectfully requests the Court continue the Initial Conference. Should the Court not be inclined to continue the Initial Conference, undersigned counsel respectfully requests that he be permitted to appear remotely (i.e., via Zoom or telephone) as Defendant has defaulted and is unlikely to appear at the Initial Conference.

Very truly yours,

/s/Daniel DeSouza
Daniel DeSouza, Esq.